870

Emil STEIN et al., Appellants, v. Preston DELANO, Comptroller of the Currency, et al.

No. 8013.

Circuit Court of Appeals, Third Circuit.
Argued July 8, 1942.

Decided July 17, 1942.

Saul J. Zucker, Newark, N. J. (Kristeller & Zucker, of Newark, N. J., on the brief), for appellants.

Robert F. Darby, Newark, N. J. (J. H. Harrison, of Newark, N. J., on the brief), for appellees.

Before BIGGS, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

Upon the authority of the principle of law laid down in the cases of Hobbs v. McLean, 117 U. S. 567, 6 S.Ct. 870, 29 L. Ed. 940, and First National Bank of Atlanta v. Southern Cotton Oil Co., 5 Cir., 86 F.2d 33, the order of the district court, 46 F.Supp. 873, is affirmed.

BLUMENFELD & ABRAMS, Appellants, v. Richard S. HAWES, Jr., Trustee for St. Louis Basket & Box Co., et al.

No. 12323.

Circuit Court of Appeals, Eighth Circuit.
Sept. 28, 1942.

Harold J. Abrams and Selden Blumenfeld, both of St. Louis, Mo., for appellants.

Thomas C. Hennings, Gustav A. Stamm, and Robert D. Evans, all of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from United States District Court dismissed, pursuant to stipulation.

Albert KITZMILLER, Appellant, v. Marion R. KING, Warden, United States Medical Center, Springfield, Missouri.

No. 12431.

Circuit Court of Appeals, Eighth Circuit.
Sept. 4, 1942.

Albert Kitzmiller, pro se.

Maurice M. Milligan, U. S. Atty., of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from United States District Court dismissed.

Fred J. LAUCHLI et al., Appellants, v. Richard S. HAWES, Jr., Trustee for St. Louis Basket & Box Co., et al.

No. 12324.

Circuit Court of Appeals, Eighth Circuit.
Sept. 28, 1942.

Harold J. Abrams and Selden Blumenfeld, both of St. Louis, Mo., for appellants.

Rhodes E. Cave, Thomas C. Hennings, Gustav A. Stamm, and Robert D. Evans, all of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from United States District Court dismissed, pursuant to stipulation.